

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company,
Appellants

v.

Tom **HALL**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to April 30, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court